# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GREGORY PAPADOPOULOS.,<br><br>                Debtor. | Case No. 12-B-13125 (RG) |
| GREGORY PAPADOPOULOS,<br><br>                Plaintiff/Appellant,<br><br>    v.<br><br>TRUSTEES IAN GAZES, TRACY DAVIS (PERSONALLY AND OFFICIALLY) COLLECTIVELY THE TRUSTEES; FBI NYC FIELD OFFICE DIRECTORS GEORGE VENIZELOS, JANICE FREDERYCK, JOSEPH DEMAREST (PERSONALLY AND OFFICIALLY) COLLECTIVELY THE FBI; ALFONSO FANJUL, JOSE FANJUL, JULIA MINEEVA, RAY ZEMON, MATTHEW PRESS, COLLECTIVELY THE PALM BEACH/CARIBBEAN MAFIA,<br><br>                Defendants/Appellees. | Case No. 1:14-cv-03713 (KPF)<br><br>Appeal from United States Bankruptcy Court Adversary Proceeding<br>Case No. 13-01506 (RG) |

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Nicholas Isaac Bamman appears in this action as an attorney for Defendants Alfonso Fanjul and Jose Fanjul.

Dated: June 12, 2014         **BRESSLER, AMERY & ROSS, P.C.**

                                     By:   */s/ Nicholas Isaac Bamman*
                                             Nicholas Isaac Bamman

                                     17 State Street
                                     New York, New York  10004
                                     (212) 425-9300
                                     *Attorney for Defendants Alfonso Fanjul and Jose Fanjul*

# CERTIFICATION OF SERVICE

I hereby certify that on June 12, 2014, the within Notice of Appearance was filed with the Clerk of the Court, using the ECF system which will send notification of such filing to the attorneys of record. I further certify that a true copy was served on Plaintiff via first-class mail at the following address:

>Gregory Papadopoulos
>210 E. 68th Street
> Apt. #10K
> New York, NY 10065

Dated: June 12, 2014                                  */s/ Nicholas Isaac Bamman*
                                                                          Nicholas Isaac Bamman