# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

17 State Street • New York, NY 10004

212.425.9300 • fax 212.425.9337

www.bressler.com

Nicholas I. Bamman
Associate

direct: 212-425-9300
nbamman@bressler.com

July 3, 2014

**VIA ECF & FIRST CLASS MAIL**

The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Papadopoulos v. Gazes, et al., 1:14-cv-03713-KPF
             Letter Notifying the Court that the Fanjul Defendants Rest on the Bankruptcy Submissions

Dear Judge Failla:

      This firm represents Defendants Alfonso Fanjul and Jose Fanjul ("Fanjul Defendants") in the above captioned matter. We write to notify the Court that the Fanjul Defendants rest on the submissions to the Bankruptcy Court, including the submissions of all co-defendants to which the Fanjul Defendants joined.

                                    Respectfully submitted,

                                      */s/ Nicholas I. Bamman*

                                      Nicholas I. Bamman

Cc:    Gregory Papadopoulos
        25-20 30th Rd., Apt. 5H
        Astoria, NY 11102

        Et al. via ECF